UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | Case No. 14-11418 | |
| Rogelio & Rizalina Cave, ) | Hon. Timothy A. Barnes | |
| ) | Hearing Time: January 28, 2015 | |
| Debtors. ) | Hearing Date: 10:30 a.m. | |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   March 28, 2014

Period for Which
Compensation is sought:       March 28, 2014 to Close of Case

Amount of Fees sought:        $1,290.00*

Amount of Expense
Reimbursement sought:         $0.00

This is an:     Interim Application __        Final Application __**X**__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated: January 5, 2015                    Joseph A. Baldi, Trustee of the Estate of
                                          Rogelio & Rizalina Cave, Debtors


                                          By:      /s/Joseph A. Baldi, Trustee
                                                  Joseph A. Baldi, Trustee


*\* Trustee has incurred fees in the amount of $1,991.00 for 9.30 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-11418 |
| Rogelio & Rizalina Cave, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: January 28, 2015 |
| Debtors. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of
Final Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Rogelio & Rizalina Cave, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,290.00 as final compensation for his services rendered as trustee in this case from the date of his appointment through the close of this case.  In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on March 28, 2014, by the filing of a voluntary petition for relief under chapter 7 of the Code.  Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. At the time of filing, the estate held an interest in the non-exempt equity in the Debtor's 2009 Toyota 4Runner ("Property").

4. The bar date for filing claims in this case was October 2, 2014.

## Prior Compensation

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7. Since his appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $1,991.00. Itemized billing statements describing the Trustee's services from March 28, 2014 through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

    A. Trustee analyzed debtors' schedules, exemptions and CarMax appraisal on their 2009 Toyota 4Runner. Trustee negotiated a settlement with the Debtors for the estate's interest in the Property.

    B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

2

D.  Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.  Trustee has collected the sum of $5,400.00 on behalf of the Estate. Trustee has made $20.00 in disbursements in this case as of the date hereof.

9.  A copy of the *Form 1 Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

### Compensation Requested

10.  During the period covered by this Application, Trustee has spent 9.30 hours rendering services on behalf of this Estate with a value of $1,991.00. Trustee estimates that he will spend an additional three (3) hours rendering services with a value of $775.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file his final account. In addition to the amounts requested for services previously rendered, Trustee also seeks allowance and payment of compensation for the services he will render in order to close this case.

11.  The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,290.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $400.00 | $     40.00 |
| Total allowable compensation | $ 1,290.00 |

12.     Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from March 28, 2014 to close of case in the amount of $1,290.00.  This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit C.

14.     Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

**Status of the Case**

15.     The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

16.     Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys are being filed concurrently herewith.

4

WHEREFORE, Joseph A. Baldi, as trustee of the Estate Rogelio & Rizalina Cave, debtors, requests the entry of an order providing the following:

A. Allowing and authorizing payment to Trustee of final compensation in the amount of $1,290.00 for his actual and necessary professional services rendered and to be rendered on behalf of this Estate March 28, 2014 to close of case; and

B. For such other and further relief as this Court deems appropriate.

Dated:  November 4, 2014          Joseph A. Baldi, as trustee of the estate
                                  of Rogelio & Rizalina Cave, debtors


                                  By:   /s/ Joseph A. Baldi, trustee
                                        Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**  **Rogelio & Rizalina Cave, Debtors**
                                      **Case No. 14-11418**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

November 4, 2014
Invoice No:  02535

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Cave - Trustee*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/19/2014 | RKP | Review schedules and case file; update system information for preparation of forms 1 and 3 | 0.30 $195.00/hr | $58.50 |
| 7/29/2014 | JMM | Obtain EIN from IRS (.1), Open new bank account in TCMS (.1), Deposit check into TCMS bank account (.1), Send to Associated Bank via FedEx (.1) | 0.40 $175.00/hr | $70.00 |
| 8/12/2014 | JAB | Review and approve July 14 Bank Statement | 0.10 $450.00/hr | $45.00 |
| 8/13/2014 | JMM | Process July 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 8/20/2014 | JMM | Draft Motion Authorize Trustee to Use Sell or Lease Property to Debtor (.8), Draft Rule 2002 Notice (.4), Draft Order (.1) | 1.30 $175.00/hr | $227.50 |
| 8/21/2014 | JMM | Edits to Motion to Use Sell Lease (.6), Edit Rule 2002 Notice (.2) | 0.80 $175.00/hr | $140.00 |

**Baldi Berg, Ltd**                                                                 11/04/2014

Cave - Trustee                                                                      Page    2

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/04/2014 | JAB | Review and approve August 2014 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 9/05/2014 | JMM | Process August 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 9/23/2014 | JAB | Attend Court on Motion to Use Sell or Lease | 0.50<br>$450.00/ hr | $225.00 |
| 9/23/2014 | JMM | Draft Report of Sale re - Vehicle sold back to Debtor (.8) | 0.80<br>$175.00/ hr | $140.00 |
| 9/25/2014 | JAB | Review report of sale, confer with JMM re same. | 0.50<br>$450.00/ hr | $225.00 |
| 9/25/2014 | JMM | Consult w/ TR re: Report of sale (.1) and edit Trustee's Report of Sale (.3) | 0.40<br>$175.00/ hr | $70.00 |
| 10/07/2014 | JAB | Review and approve September 14 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 10/07/2014 | JMM | Process September 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/04/2014 | JMM | Review case file for information needed to prepare TFR (.4), Review claims and update system with information needed to prepare TFR and NFR (.3) | 0.70<br>$175.00/ hr | $122.50 |
| 11/04/2014 | JMM | Draft Trustee Fee Application (1.0), Prepare coversheet, proposed order and Affidavit (.3), Prepare TFR (.8), NFR (.3), Review and edit TFR package (.3) | 2.70<br>$175.00/ hr | $472.50 |

|   |   |
|---|---|
| Total Fees | $1,991.00 |
| Total New Charges | $1,991.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,991.00 |

**Baldi Berg, Ltd**  11/04/2014

Cave - Trustee  Page   3

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 1.30 | $450.00 |
| Jason M Manola | 7.70 | $175.00 |
| Ricki K Podorovsky | 0.30 | $195.00 |

**Trustee's Final Fee Application**  **Rogelio & Rizalina Cave, Debtors**
**Case No. 14-11418**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Rogelio & Rizalina Cave,   )   Chapter 7
                           )
                           )   Case No. 14-11418
          Debtors.         )
                           )   Hon. Timothy A. Barnes

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook       )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd. a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on November 10, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**