# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
CAVE, ROGELIO § Case No. 14-11418
CAVE, RIZALINA §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m., on January 28, 2015
in Courtroom 613, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Jeffrey P. Allsteadt_____
                                              Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CAVE, ROGELIO § Case No. 14-11418
CAVE, RIZALINA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,400.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 5,380.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 1,290.00 | $ 0.00 | $ 1,290.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,290.00 |
| Remaining Balance | $ 4,090.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,030.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,644.30 | $ 0.00 | $ 2,874.87 |
| 000002 | Capital Recovery V, LLC | $ 504.80 | $ 0.00 | $ 257.11 |
| 000003 | Capital Recovery V, LLC | $ 199.63 | $ 0.00 | $ 101.68 |
| 000004 | Capital Recovery V, LLC | $ 673.27 | $ 0.00 | $ 342.92 |
| 000005 | Capital Recovery V, LLC | $ 311.60 | $ 0.00 | $ 158.71 |
| 000006 | Capital Recovery V, LLC | $ 696.40 | $ 0.00 | $ 354.71 |

Total to be paid to timely general unsecured creditors  $ 4,090.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-11418-TAB
Rogelio Cave                                                        Chapter 7
Rizalina Cave
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: nmolina              Page 1 of 1              Date Rcvd: Jan 06, 2015
                             Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
db/jdb         +Rogelio Cave,    Rizalina Cave,    5856 W. Giddings St.,    Chicago, IL 60630-3271
21723368       +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington,DE 19884-0001
21723365       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
21723370       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21723371       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21723369       +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6283,    Sioux Falls,SD 57117-6283
21723372       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21723363      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
                 8480 Stagecoach Cir,    Frederick,MD 21701)
21723379       +Westgate Resorts,    Bankruptcy Dept.,    7450 Sandlake Commons Blvd.,    Orlando,FL 32819-8033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22470380        E-mail/PDF: rmscedi@recoverycorp.com Jan 07 2015 01:43:07     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22137003        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2015 01:43:59      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21723377       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2015 01:43:59      Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington,DE 19850-5316
21723375       +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2015 01:42:10      Gecrb/BANANA REP,
                 Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso,TX 79998-1400
21723376        E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2015 01:42:10      Gecrb/JCP,
                 Attn: Bankruptcy Dept.,    Po Box 984100,   El Paso,TX 79998
21723373       +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2015 01:42:10      Gecrb/LORD & TAY,
                 Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso,TX 79998-1400
21723364       +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2015 01:42:10      Gecrb/Lenscrafters,
                 Attn: Bankruptcy Dept.,    Po Box 981439,   El Paso,TX 79998-1439
21723374       +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2015 01:43:03      Gecrb/Lowes,
                 Attn: Bankruptcy Dept.,    Po Box 965005,   Orlando,FL 32896-5005
21723367       +E-mail/Text: bnc@nordstrom.com Jan 07 2015 01:37:45     Nordstrom FSB,    Attn: Bankruptcy Dept.,
                 Po Box 6565,   Englewood,CO 80155-6565
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21723378*       +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington,DE 19884-0001
21723366*       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2015 at the address(es) listed below:
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Wylie W Mok    on behalf of Joint Debtor Rizalina  Cave ndil@geracilaw.com
              Wylie W Mok    on behalf of Debtor Rogelio  Cave ndil@geracilaw.com
                                                                                             TOTAL: 5