UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
CAVE, ROGELIO § Case No. 14-11418
CAVE, RIZALINA §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo HM Mortgag |  |  |  |  |  |
| 2 | Westgate Resorts<br>Bankruptcy Dept. 7450<br>Sandlake Commons Blvd.<br>Orlando FL 32819 |  |  |  |  |  |
|  | Attn: Bankruptcy Dept. 8480<br>Stagecoach Cir |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederick MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 13 Nordstrom FSB Attn: Bankruptcy Dept. Po Box 6565 Englewood CO 80155 | | | | | |
| | 14 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6283 Sioux Falls SD 57117 | | | | | |
| | 15 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 4 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| 000002 | CAPITAL RECOVERY V, LLC | | | | | |
| 000003 | CAPITAL RECOVERY V, LLC | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - ROGELIO & RIZALINA CAVE**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-11418 TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CAVE, ROGELIO | | Date Filed (f) or Converted (c): | 03/28/14 (f) |
| | CAVE, RIZALINA | | 341(a) Meeting Date: | 05/09/14 |
| For Period Ending: | 03/11/15 | | Claims Bar Date: | 10/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mr. Cave's 1/3 interest in a Vacant Lot in Florida | 500.00 | 0.00 | | 0.00 | FA |
| 2. 5856 W Giddings St. Chicago, IL 60630 | 265,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Bank of America | 10.00 | 0.00 | | 0.00 | FA |
| 4. Checking account - Bank of America | 1,700.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books and Art Objects | 50.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 9. Term Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 11. 2006 Toyota 4 Runner  Trustee received CarMax appraisal indicating value of $12,000. Trustee settled with Debtors for a purchase price of $5,400. | 9,159.00 | 5,400.00 | | 5,400.00 | FA |
| 12. Timeshare | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1 - ROGELIO & RIZALINA CAVE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-11418 | TAD | Judge: Timothy A. Barnes | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|---|
| Case Name: | CAVE, ROGELIO | | | | Date Filed (f) or Converted (c): | 03/28/14 (f) |
| | CAVE, RIZALINA | | | | 341(a) Meeting Date: | 05/09/14 |
| | | | | | Claims Bar Date: | 10/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $279,019.00 | $5,400.00 | | $5,400.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained CarMax appraisal for 2006 Toyota 4Runner which valued the vehicle at $12,000. Trustee negoitated

settlement with Debtors to purchase the equity in the vehicle for a price of $5,400.00. Debtors have paid in full and

Trustee filed his Final Report and disbursed funds.

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 12/31/15


/s/    Joseph A. Baldi
_____ Date: 03/11/15
JOSEPH A. BALDI

FORM 2 - ROGELIO & RIZALINA CAVE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-11418 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CAVE, ROGELIO | Bank Name: | Associated Bank |
| | CAVE, RIZALINA | Account Number / CD #: | *******7386 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4379 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/29/14 | 11 | ROGELIO & RIZALINA CAVE<br>BANK OF AMERICA - CASHIER'S CHECK<br>CHICAGO - MICHIGAN & MADISON | SETTLEMENT - DEBTORS' VEHICLE | 1129-000 | 3,000.00 | | 3,000.00 |
| 08/12/14 | 11 | Cashier's Check<br>c/o Rogelio & Rizalina Cave<br>Bank of America, N.A.<br>San Antonio, TX | SETTLEMENT - DEBTOR'S VEHICLE | 1129-000 | 2,400.00 | | 5,400.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,390.00 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,380.00 |
| 01/29/15 | 001001 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,290.00 | 4,090.00 |
| 01/29/15 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 50.93404% | 7100-000 | | 2,874.87 | 1,215.13 |
| 01/29/15 | 001003 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 50.93304% | 7100-000 | | 257.11 | 958.02 |
| | | | Page Subtotals | | 5,400.00 | 4,441.98 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2 - ROGELIO & RIZALINA CAVE

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-11418 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CAVE, ROGELIO | Bank Name: | Associated Bank |
|  | CAVE, RIZALINA | Account Number / CD #: | *******7386 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4379 |  |  |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/15 | 001004 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000003, Payment 50.93423% | 7100-000 |  | 101.68 | 856.34 |
| 01/29/15 | 001005 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 50.93350% | 7100-000 |  | 342.92 | 513.42 |
| 01/29/15 | 001006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 50.93389% | 7100-000 |  | 158.71 | 354.71 |
| 01/29/15 | 001007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 50.93481% | 7100-000 |  | 354.71 | 0.00 |

Page Subtotals   0.00   958.02

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2 - ROGELIO & RIZALINA CAVE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 14-11418 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CAVE, ROGELIO | | Bank Name: | Associated Bank |
| | CAVE, RIZALINA | | Account Number / CD #: | *******7386 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4379 | | | |
| For Period Ending: | 03/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,400.00 | 5,400.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,400.00 | 5,400.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,400.00 | 5,400.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7386) | 5,400.00 | 5,400.00 | 0.00 |
| | 5,400.00 | 5,400.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*